[No. 19621.  *En Banc.*  January 7, 1927.]

W. F. CORDES, *Respondent*, v. EDMUND R. WEEK, *Appellant*.[1]

Appeal from a judgment of the superior court for Spokane county, Lindsley, J., entered June 19, 1925, upon findings in favor of the plaintiff, in an action to enforce a stockholder's liability. Reversed.

*Fred B. Morrill*, for appellant.

*Turner, Nuzum & Nuzum*, for respondent.

#### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adheres to the opinion heretofore filed herein and reported in 139 Wash. 695, 246 Pac. 295.

Judgment reversed and cause remanded with directions to the superior court to dismiss the action.

FULLERTON and BRIDGES, JJ., dissent.

Judge Parker, being absent, took no part in the hearing *En Banc*.

[1]Reported in 251 Pac. 860.